IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 96-cv-02451-ZLW-MJW

$CO_2$ CLAIMS COALITION, LLC, a Colorado limited liability company,

    Plaintiff,

v.

SHELL OIL COMPANY,
SHELL $CO_2$ COMPANY, LTD., a/k/a KINDER MORGAN $CO_2$ COMPANY, L.P.,
SHELL WESTERN E & P, INC.,
MOBIL PRODUCING TEXAS AND NEW MEXICO, INC., and
CORTEZ PIPELINE COMPANY, a partnership,

    Defendants.
_____
Civil Action No. 00-cv-01854-ZLW-MJW

RUTTER & WILBANKS CORPORATION,
ELLIOTT A. RIGGS,
WILLIAM R. THURSTON, Trustee,
GORDON TANNER,
WALTER K. ARBUCKLE TRUST,
ERIC B. WELLS,
KEVIN C. WELLS,
CHARLES R. WIGGINS, and
KEN KAMON,

    Plaintiffs,

v.

SHELL OIL COMPANY,
SHELL WESTERN E & P, INC.,
MOBIL OIL CORPORATION,
MOBIL PRODUCING TEXAS AND NEW MEXICO, INC.,
MOBIL EXPLORATION AND PRODUCING, U.S.,
EXXON MOBIL, INC.,
CORTEZ PIPELINE COMPANY, a partnership,

SHELL $CO_2$ COMPANY, LTD., a Texas Limited partnership, and
KINDER-MORGAN $CO_2$ CO., L.P., a Texas limited partnership,

    Defendants.
_____
Civil Action No. 00-cv-01855-ZLW-MJW

THOMAS E. WATSON,
ERIC B. WELLS,
KEVIN C. WELLS,
WOOD OIL COMPANY,
BEN DONEGAN,
MICHAEL C. DONEGAN,
NANCY JUNE NOLAN,
CARDINAL OIL & GAS,
EL DORADO INVESTMENTS,
MARY ELLEN MYLREA, and
INGRID BLACK,

    Plaintiffs,

v.

SHELL OIL COMPANY,
SHELL WESTERN E & P, INC.,
MOBIL OIL CORPORATION,
MOBIL PRODUCING TEXAS AND NEW MEXICO, INC.,
MOBIL EXPLORATION AND PRODUCING, U.S.,
EXXON MOBIL, INC.,
CORTEZ PIPELINE COMPANY, a partnership,
SHELL $CO_2$ COMPANY, LTD., a Texas limited partnership, and
KINDER-MORGAN $CO_2$ CO., L.P., a Texas limited partnership,

    Defendants.
_____
Civil Action No. 00-cv-01856-ZLW-MJW

MARGARET ANN AINSWORTH,
CHARLES M. McAFEE & COMPANY,
DOROTHY GAIL CHAPPELL,
LAURA H. KENNEDY,

JOHN LARRY CLARK,
NELDA LEE BARLOW,
TROY M. OLIVER,
SHORLENE OLIVER,
POVERTY POINT PROPERTIES, L.P.,
JOHN H. MILLER,
DEE RENAY,
HAZEL J. NEELY,
INGRID JOANN HARTLEY,
OLIVIA CARSON, L.L.C.,
INA F. GRAY,
BARBARA E. GLAZNER,
JOHN H. GLAZNER,
CLARA CUNDIFF,
ESTATE OF VELMA LOUISE HENDERSON,
LOUIS M. GRAY,
KIP E. MAKEEVER,
EDITH DELIGHT JAMES,
ELVA GORSUCH,
JERRY CHAFFIN,
DOROTHY CHAFFIN,
JOHNNIE E. DURAN,
VICTOR DURAN,
LEROY OLIVER,
J. ELLEN OLIVER,
WANDA HEATHMAN,
IDENE MINCHIN,
ERIC B. WELLS,
KEVIN C. WELLS,
CHARLES R. WIGGINS,
WOOD OIL COMPANY, and
KEN KAMON,

      Plaintiffs,

v.

SHELL OIL COMPANY,
SHELL WESTERN E& P, INC.,
MOBIL OIL CORPORATION,
MOBIL PRODUCING TEXAS AND NEW MEXICO, INC.,

MOBIL EXPLORATION AND PRODUCING, U.S.,
EXXON MOBIL, INC.,
CORTEZ PIPELINE COMPANY, a partnership,
SHELL $CO_2$ COMPANY, LTD., a Texas Limited partnership, and
KINDER-MORGAN $CO_2$ CO., L.P., a Texas limited partnership,

    Defendants.
_____

## ORDER
_____

    This matter comes before the Court on Plaintiffs' Motion To Vacate Arbitration Award[1] and Defendants' Joint Motion to Deny, Transfer, Or Stay Plaintiff's Motion To Vacate Arbitration Award.[2]  The Court is advised that the subject matter at issue in these motions is already the subject of an active case in the United States District Court for the District of New Mexico.  Accordingly, it is

    ORDERED that Plaintiff's Motion To Vacate Arbitration Award and Defendants' Joint Motion to Deny, Transfer, Or Stay Plaintiff's Motion To Vacate Arbitration Award are denied as moot.

    DATED at Denver, Colorado, this   24   day of January, 2007.

                                     BY THE COURT:

                                     _____
                                     ZITA L. WEINSHIENK,  Senior Judge
                                     United States District Court

---

[1] 96-cv-02451-ZLW-MJW: Doc. No. 939; 00-cv-01854-ZLW-MJW: Doc. No. 327; 00-cv-01855-ZLW-MJW: Doc. No. 245; 00-cv-01856-ZLW-MJW: Doc. No. 275.

[2] 96-cv-02451-ZLW-MJW: Doc. No. 943; 00-cv-01854-ZLW-MJW: Doc. No. 329; 00-cv-01855-ZLW-MJW: Doc. No. 247; 00-cv-01856-ZLW-MJW: Doc. No. 277.